No. 03–1423. MUEHLER ET AL. *v.* MENA. C. A. 9th Cir. [Certiorari granted, 542 U. S. 903.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–293. HONEYWELL INTERNATIONAL INC. ET AL. *v.* HAMILTON SUNDSTRAND CORP. C. A. Fed. Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 04–5990. WAYNE *v.* SANTA CLARA VALLEY TRANSPORTATION AUTHORITY. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 22, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 04–6568. IN RE CAMPBELL;

No. 04–6591. IN RE HAWKINS;

No. 04–6599. IN RE PRETEL GOMEZ;

No. 04–6640. IN RE SHORTER;

No. 04–6674. IN RE DURAN ESPINOZA;

No. 04–6721. IN RE GREEN; and

No. 04–6745. IN RE WEINSTEIN. Petitions for writs of habeas corpus denied.

No. 04–6639. IN RE ROLLER. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 04–6027. IN RE YOUNG;

No. 04–6073. IN RE NORMAN; and

No. 04–6152. IN RE WALTERS. Petitions for writs of mandamus denied.